IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 08 51 ML |
| vs. | ) | In violation of 18 U.S.C. |
| | ) | §§ 922(g)(1) and 924(a)(2) |
| | ) | |
| JAMAAL O. GAITOR, a/k/a | ) | |
| "Gauge Deezy" | ) | |

FILED
JUN 04 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about April 22, 2008, in the District of Rhode Island, the defendant, JAMAAL O. GAITOR, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting interstate and foreign commerce, a firearm, that is, a Bryco Arms, Model Jennings 9 mm semi-automatic pistol, serial number 1445107; sixty-seven (67) rounds, more or less, of 9 mm caliber ammunition, thirty-nine (39) rounds, more or less, of .40 caliber ammunition; and forty-three (43) rounds, more or less of .357 caliber ammunition.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count I of this Indictment, the defendant, JAMAAL O. GAITOR, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition identified in Count I of the Indictment.

A TRUE BILL:

G REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Criminal Chief
Assistant U.S. Attorney

Date: 6/4/08