AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number: CR08-51ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jamaal Gaitor

I certify that I am admitted to practice in this court.

6-10-8
Date

Signature

Kenneth Chaus... 5775
Print Name    Bar Number

10 Weybosset Street, Suite 300
Address

| Providence | RI | 02903 |
|---|---|---|
| City | State | Zip Code |

(401) 528-4281
Phone Number

(401) 528-4285
Fax Number