1503501

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**RECEIVED**
**U.S. MARSHALS SERVICE**
JUN 04 2008
**District of Rhode Island**

UNITED STATES OF AMERICA

V.

JAMAAL O. GAITOR

## WARRANT FOR ARREST

Case Number: CR08-51M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMAAL O. GAITOR
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
FELON IN POSSESSION OF FIREARM

☑ in violation of Title 18 United States Code, Section(s) 924(g)(1)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| Martha Saucier | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 06/04/2008 Providence RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/04/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 06/10/08 | | |